CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 17 2014

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHARLES W. THACKER,<br>  Plaintiff, | ) ) ) | Civil Action No. 7:14-cv-00287 |
| v. | ) ) | **ORDER** |
| C/O FUSON, et al.,<br>  Defendants. | ) ) ) | By: Hon. Glen E. Conrad<br>**Chief United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 17th day of July, 2014.

/s/ Glen E. Conrad
Chief United States District Judge